**In re: GTI CAPITAL HOLDINGS, LLC, DBA Rockland Materials, Debtor,**

**Triad Commercial Captive Co.; et al., Appellants,**

v.

**Comerica Bank; et al., Appellees.**

**No. 09–60003.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 6, 2010.*

Filed Oct. 8, 2010.

Before: THOMPSON, FERNANDEZ and SILVERMAN, Circuit Judges.

MEMORANDUM **

Appellants appeal the bankruptcy court's approval of a settlement between Appellees David Reaves, the bankruptcy trustee, and Comerica Bank. However, Appellants' brief does not identify any error in any of the bankruptcy court's rulings.

Rather, Appellants appear to be seeking on appeal an advisory opinion about the

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

effects of the settlement agreement on other litigation. We lack jurisdiction to render advisory opinions. *See Kittel v. Thomas,* 620 F.3d 949, 951 (9th Cir.2010).

**AFFIRMED.**